# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0588
L.T. Case No. 2020-DP-000285

———————————————

D.W., MOTHER OF C.W., B.W.,
AND A.W., CHILDREN,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES AND GUARDIAN AD
LITEM,

    Appellees.

———————————————

On appeal from the Circuit Court for Marion County,
Stacy M. Youmans, Judge.

Shannon Lynnette Reynolds, Ocala, for Appellant.

Rachel Batten, of Department of Children & Families,
Tallahassee, for Appellee Department of Children & Families.

Khairiya C. Bryant, of KCB Law, PLLC, Orlando, and Sara
Elizabeth Goldfarb, Statewide Director of Appeals, of Statewide
Guardian ad Litem Office, Tallahassee, for Appellee, Guardian ad
Litem.

July 3, 2024

PER CURIAM.

AFFIRMED.

WALLIS, JAY, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____